## IN the INTEREST OF: D.D., Appellant,

v.

## JUVENILE OFFICER, Respondent.

### WD 77775

Missouri Court of Appeals,
Western District.

FILED: September 22, 2015

Craig A. Johnston, Columbia, MO, for Appellant.

Lori A. Fluegel, Kansas City, MO, for Respondent.

Before Division Four: Alok Ahuja, C.J., and Joseph M. Ellis and Thomas H. Newton, JJ.

## ORDER

PER CURIAM:

D.D., a juvenile, appeals from a judgment entered by the Circuit Court of Jackson County. The circuit court's judgment sustained the Juvenile Officer's allegations that D.D. committed acts which would constitute tampering in the second-degree, stealing, and resisting arrest if committed by an adult. The allegations arose from the theft of a motor vehicle by D.D. and an accomplice. D.D. appeals, arguing that there was insufficient evidence to support the circuit court's findings. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).